## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

<u>ANNE BLACKWOOD,</u>

        Plaintiff                        CIVIL ACTION

    V.

                                             NO. <u>12-30165-MAP</u>

<u>COMMERCIAL RECOVERY SYSTEMS,</u>
<u>INC., ET AL,</u>

        Defendant

## **<u>SETTLEMENT ORDER OF DISMISSAL</u>**

<u>  PONSOR, D.J.:</u> .

The Court having been advised on  <u>January 29, 2013</u>  that the above-entitled action has been settled;,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

                                                       By the Court,

<u> January 29 , 2013 </u>                          <u>  /s/  Mary Finn     </u>
      Date                                          Deputy Clerk

(mefsettlementorderdismissal.wpd - 12/98)